**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00414-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | ECF No. 24 |
| ALEXIS SAUL REYES-CORONA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, July 1, 2019 at 9:30 a.m., be vacated and advanced to June 10, 2019, at the hour of 11:00 a.m.

DATED this 20th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE